ALICIA DE CASIANO et al., Appellants, v. SARAH E. MORGAN et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ. [See 284 App. Div. 844.]

■

GIOVANNI ALTAMORE, Respondent, v. SACHS QUALITY STORES, INC., Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.

■

HOUSE OF PRICE, INC., Appellant, v. KLIEGMAN BROS., INC., Respondent and Third-Party Plaintiff-Appellant. KAMEN SOAP PRODUCTS CO., INC., Third-Party Defendant-Respondent.— Judgment unanimously affirmed, with costs to the third-party defendant-respondent, upon the ground that the buyer failed to give notice of breach of warranty within a reasonable time. It is not necessary to and we do not pass upon the question of the Statute of Limitations. Present — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.

■

GEORGE A. FULLER COMPANY, Appellant, v. HENRY PHIPPS ESTATES, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bastow, JJ. [See 284 App. Div. 876.]

■

WILLIAM J. CULLEN, Individually, as a Director and Stockholder of GOVERNOR CLINTON Co., INC., Suing on Behalf of Himself and All Other Stockholders of Said Company, Similarly Situated, and in the Right of Said Company, Appellant, v. HYMAN B. CANTOR et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bastow, JJ. [See 284 App. Div. 876.]

■

PETER F. KURTE et al., Appellants, v. EUGENE ZIMMERMAN, Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bastow, JJ.

■

L. J. PHILLIPS & Co., INC., Respondent, v. EBBEN SCHRAMM, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bastow, JJ.

■

(Republished.)

APRIL PRODUCTIONS, INC., Respondent, v. G. SCHIRMER, INC., Appellant.— Judgment affirmed, without costs. Opinion by BREITEL, J.; DORE and CALLAHAN, JJ., dissent and vote to reverse and dismiss the complaint, dissenting opinion by CALLAHAN, J. Order filed. Present — Dore, J. P., Callahan, Breitel, Bastow and Botein, JJ. [Also printed 284 App. Div. 639.— REP.]